UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN MADDOX EL,

    Petitioner,

v.

                                Case No. 22-cv-12810
                                Hon. Matthew F. Leitman

ANTHONY WICKERSHAM,

    Respondent.
_____/

## JUDGMENT

In accordance with the Court's Order (1) Dismissing the Petition for a Writ of Habeas Corpus, (2) Denying a Certificate of Appealability, and (3) Denying Leave to Proceed in Forma Pauperis on Appeal, dated December 7, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent and against Petitioner.

                                            KINIKIA ESSIX
                                            CLERK OF COURT

                              By:    s/Holly A. Ryan
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: December 7, 2022
Detroit, Michigan