UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN MADDOX EL,

      Petitioner,                         Case No. 22-cv-12810
                                          Hon. Matthew F. Leitman

v.

ANTHONY WICKERSHAM,

      Respondent.
_____/

## ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER, PERMANENT INJUNCTION, AND EVIDENTIARY HEARING (ECF No. 13)

Kevin Maddox El ("Petitioner"), a pre-trial detainee confined at the Macomb County Jail in Lennox Township, Michigan, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his pending state criminal proceedings. The Court dismissed the habeas petition without prejudice. (See ECF No. 11, 12.) The matter is now before the Court on Petitioner's request for temporary restraining order, permanent injunction, and evidentiary hearing. (See ECF No. 13.) Given the Court's dismissal of the case, Petitioner is not entitled to the relief he seeks. He also fails to show that such relief is warranted while his state proceedings are ongoing. Accordingly, the Court **DENIES** Petitioner's

request.    This case remains closed.

      **IT IS SO ORDERED**.

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  December 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2022, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126